IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| YUSUF SALEEM | : | CIVIL ACTION |
| | : | NO. 12-3193 |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |

## ORDER

AND NOW, this 24th day of October, 2013, upon consideration of defendant the School District of Philadelphia's motion to dismiss plaintiff Yusuf Saleem's amended complaint and response thereto, it is ORDERED that the motion is GRANTED and plaintiff's claims against the School District in his amended complaint are DISMISSED.

It is FURTHER ORDERED that, having requested at least 90 days after the Court's ruling on the School District's motion to dismiss to complete discovery, plaintiff and defendant Children Crisis Treatment Center shall agree upon a revised discovery schedule and submit the same to the Court for approval on or before November 7, 2013.

T. N. O'Neill

THOMAS N. O'NEILL, JR., J.